[No. 22195–7–I. Division One. February 27, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. FREDERICK DALE ATKINSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–04891–4, James D. McCutcheon, Jr., J.,

entered April 14, 1988. *Dismissed* by unpublished per curiam opinion.